PEOPLE v VAYKO, No. 153245; Court of Appeals No. 330579. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the Washtenaw Circuit Court's imposition of probation-supervision fees and remand this case to that court for further proceedings. On remand, in addition to the relief ordered by the Court of Appeals, the circuit court shall amend the presentence report to correct the statutory citation for the defendant's conviction offense. The presentence report currently reflects that the defendant was convicted pursuant to MCL 750.520e(1)(a), but the defendant was convicted under MCL 750.520e(1)(b). The circuit court shall forward a copy of the amended presentence report to the Department of Corrections. Furthermore, the circuit court shall impose probation-supervision fees in accordance with MCL 771.3c. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered June 22, 2016:*

PEOPLE v CRAWFORD, No. 152752; Court of Appeals No. 319998. The parties shall file supplemental briefs within 42 days of the order appointing counsel, or of the ruling that the defendant is not entitled to appointed counsel, addressing whether the failure to administer any oath to the jury following jury selection, but before the beginning of the trial, amounts to plain error requiring reversal. The parties should not submit mere restatements of their application papers.

*Leave to Appeal Denied June 22, 2016:*

PEOPLE v WERSHE, No. 152544; Court of Appeals No. 329110.

MARKMAN, J., did not participate as the result of matters arising from his past service as United States Attorney.

SAULT STE MARIE TRIBE OF CHIPPEWA INDIANS v BLUE CROSS BLUE SHIELD OF MICHIGAN, No. 152745; Court of Appeals No. 323136.

MARKMAN, J. (*dissenting*). I would grant leave to appeal to consider whether the Court of Appeals erred by concluding that material issues of fact remained in support of plaintiff's claim of fraudulent inducement and therefore reversing the trial court's grant of summary disposition in favor of defendant. *Hamade v Sunoco, Inc (R&M)*, 271 Mich App 145, 165-172 (2006); *UAW-GM Human Resource Ctr v KSL Recreation Corp*, 228 Mich App 486, 502-507 (1998).